**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PATRICIA A. SCOTT,

    Plaintiff,

vs.                          CASE NO. 3:05-cv-1164-J-25HTS

PHILIP R. YATES,

    Defendant.

_____

**REPORT AND RECOMMENDATION**[1]

    Plaintiff filed her complaint (Doc. #1; Complaint) on November 9, 2005, alleging Defendant had "unlawfully, knowingly, and willingly falsif[ied] a report which has stripped [her] of [her] true personality and left [her] struggling to rebuild [her] real identity." Complaint at 1. She sought to proceed *in forma pauperis*. Affidavit of Indigency (Doc. #2; Motion), filed on November 9, 2005. Finding the suit potentially subject to dismissal for failure to state a claim, the undersigned directed Plaintiff to "file an amended complaint demonstrating her entitlement to relief." Order (Doc. #4), entered on November 10, 2005, at 3.

    In response to the Order, Plaintiff has filed her amended complaint (Doc. #5; Amended Complaint). She alleges Defendant

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within ten (10) days after service of this document. Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.

"Yates falsified a medical report which [led] to character assassination" and that he "has damaged [her] character [such that her] life will never be the same." *Id.* at 1. The Amended Complaint includes a statement of facts on which Ms. Scott's claim is based. It appears she was evaluated by Dr. Yates as the result of an appointment scheduled by the "Florida Department of Education Division of Vocational Rehabilitation[.]" *Id.* at 2. She is suing because the report "refer[red] to [her] as a person who is mental[ly] retarded." *Id.* at 4. Thus, she is "suing Dr. Philip R. Yates for falsif[ying] a medical report, negligence, and punitive damages." *Id.* at 6 (capitalization omitted). Plaintiff references federal criminal law, *id*. at 5, as well as "the Americans with Disabilities Act of 1990." *Id*. Upon review, the allegations contained in the Amended Complaint fail to demonstrate any entitlement to relief in this Court.

## RECOMMENDATION

For the foregoing reasons, it is recommended the Motion (Doc. #2) be **DENIED** and this case **DISMISSED** pursuant to 28 U.S.C. § 1915 without prejudice to the filing of a prepaid complaint.

**ENTERED** at Jacksonville, Florida, this 28th day of November, 2005.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

The Honorable Henry L. Adams, Jr.
      United States District Judge

All counsel of record
      and *pro se* parties, if any