UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**PATRICIA A. SCOTT,**

    Plaintiff,

v.                                       CASE NO.   3:05-cv-1164-J-25HTS

**PHILIP R. YATES,**

    Defendant.

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. 6) recommending that Plaintiff's Motion to proceed *in forma pauperis* (Dkt. 2) be denied and this action dismissed. All parties previously have been furnished copies of the Report and Recommendation and have been afforded an opportunity to file objections. None have been filed.

Upon consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's review of the record, the Court finds that the Report and Recommendation should be adopted. Accordingly, it is,

**ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation (Dkt. 6) is adopted and incorporated by reference in this Order.

2. Plaintiff's Motion to proceed *in forma pauperis* (Dkt. 2) is **DENIED**.

3. Plaintiff's Amended Complaint is **DISMISSED**. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 16 day of December, 2005.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
*Pro Se* Plaintiff